# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JULIE WIGINGTON o/b/o H.M.,**

      **Plaintiff,**

  v.                                          Case No.:  2:13-cv-281
                                                  JUDGE GEORGE C. SMITH
                                                  Magistrate Judge Abel

**COMMISSIONER OF**
**SOCIAL SECURITY,**

      **Defendant.**

## ORDER

      This case is before the Court to consider the Report and Recommendation issued by the Magistrate Judge on February 18, 2014.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  The decision of the Commissioner of Social Security is hereby **AFFIRMED**.  Further, Plaintiff's motion for summary judgment is **DENIED**, and Defendant's motion for summary judgment is **GRANTED**.

      The Clerk shall remove Document 25 from the Court's pending motions list and remove this case from the Court's pending cases.

      **IT IS SO ORDERED.**

                                                                 */s/ George C. Smith*
                                                               **GEORGE C. SMITH, JUDGE**
                                                               **UNITED STATES DISTRICT COURT**